# Third District Court of Appeal

## State of Florida

Opinion filed August 18, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0998
Lower Tribunal No. F13-7468
_____

**Carlos Mongalo,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Alfonso E. Oviedo-Reyes, for appellant.

Ashley Moody, Attorney General, and Ivy R. Ginsberg, Assistant Attorney General, for appellee.

Before FERNANDEZ, C.J., and LINDSEY and BOKOR, JJ.

PER CURIAM.

Affirmed. See Long v. State, 183 So. 3d 342, 346 (Fla. 2016) (establishing test for newly discovered evidence); see also Mongalo v. State, No. 3D18-1768, 2018 WL 4923007 (Fla. 3d DCA Oct. 10, 2018).